REED E. SCHAPER (SBN 082792)
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
EDUCATION MANAGEMENT
CORPORATION

FILED
MAR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GREG CAMPBELL,

Plaintiff,

vs.

EDUCATION MANAGEMENT CORPORATION; and DOES 1 through 25, inclusive,

Defendants.

Case No. '08 CV 434 BTM POR

**NOTICE OF INTERESTED PARTIES**

[San Diego Superior Court Case No. 37-2008-00076304-CU-WT-CTL]

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

The undersigned counsel of record for Education Management Corporation certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

(1) Greg Campbell

(2) Education Management Corporation

(3) Art Institute of California – San Diego, operated by Education Management Corporation

Dated: March 6, 2008

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By:

Reed E. Schaper
Attorneys for Defendant
EDUCATION MANAGEMENT CORPORATION

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2425 Olympic Boulevard, Suite 550 East Tower, Santa Monica, California 90404. On March 7, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF INTERESTED PARTIES**

☐ by transmitting **via facsimile** on this date from fax number (310) 255-0986 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On March 7, 2008, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Joshua D. Gruenberg, Esq.
LARABEE & GRUENBERG
2169 First Avenue
San Diego, CA 92101
Telephone: (619) 230-1234
Facsimile: (619) 230-1074

Zachary T. Tyson, Esq.
TYSON & TYSON, LLP
2550 Fifth Avenue, 9th Floor
San Diego, CA 92103
Telephone: (619) 237-9292
Facsimile: (619) 615-2173

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 7, 2008, at Santa Monica, California.

Robbin DeRuisé

Robbin T. DeRuisé

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA