# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>EDUCATION MANAGEMENT CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. 08CV434 BTM (POR)<br><br>ORDER TO SHOW CAUSE |

　　　Defendant has removed this action pursuant to 28 U.S.C. § 1441 asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the jurisdictional amount requirement has been met. Specifically, although Defendant notes that Plaintiff seeks lost wages and other benefits as well as compensation for emotional distress, Defendant provides no information, such as Plaintiff's year salary, which would establish that the jurisdictional amount requirement had been met. Therefore, the Court orders the parties to show cause why this case should not be dismissed for lack of jurisdiction. The parties shall file written responses to this OSC on or before March 21, 2008. The Court sets the OSC for hearing on March 28, 2008 at 11 a.m. There shall be no oral argument unless requested by the Court.

IT IS SO ORDERED.

DATED: March 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge