Joshua D. Gruenberg, Esq. SB #163281
LARABEE & GRUENBERG
2169 First Avenue
San Diego, CA 92101
Phone: (619) 230-1234

Zackary T. Tyson, Esq. #211185
TYSON & TYSON, LLP.
2550 Fifth Avenue, 9th Floor
San Diego, CA 92103
Phone: (619) 237-9292

Attorneys for Plaintiff, Greg Campbell

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUCATION MANAGEMENT CORPORATION; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 3:08-CV-00434-BTM-POR<br><br>PLAINTIFF'S DEMAND FOR JURY TRIAL |

TO:    ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Plaintiff, GREG CAMPBELL., hereby demands a jury trial in this matter.

**DATED:** March 11, 2008        **LARABEE & GRUENBERG**


    s/ Joshua D. Gruenberg
    JOSHUA D. GRUENBERG
    ZACKARY T. TYSON
    Attorneys for Plaintiff,
    GREG CAMPBELL

## CERTIFICATE OF SERVICE

By Mail:

Reed E. Schaper, Esq.
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP.
2425 Olympic Boulevard, Suite 550
East Tower
Santa Monica, CA 90404
Attorneys for Defendant, Education Management Corporation

On this 12 day of March 2008

s/ Joshua D. Gruenberg
JOSHUA D. GRUENBERG
Attorney for Plaintiff, Greg Campbell