REED E. SCHAPER (SBN 082792)
CURIALE DELLAVERSON
  HIRSCHFELD & KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
EDUCATION MANAGEMENT
CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL, | Case No. 08CV434 BTM (POR) |
| Plaintiff, | **DECLARATION CAROL CAMPO** |
| vs. | |
| EDUCATION MANAGEMENT CORPORATION; and DOES 1 through 25, inclusive, | |
| Defendants. | |

## DECLARATION OF CAROL CAMPO

I, Carol Campo, under oath and upon penalty of perjury, state as follows:

1. I am employed by Education Management Corporation ("EDMC") as its Director of Human Resources at The Art Institute of California – San Diego. I have personal knowledge of the matters stated herein.

2. Greg Campbell was formerly employed by EDMC as a full-time instructor.

3. Mr. Campbell has not been compensated by EDMC since June 30, 2007. At that time, Mr. Campbell was working under a Letter of Appointment, dated July 1, 2006. Mr. Campbell's annual compensation pursuant to that

1  agreement $50,000. (A copy of the Letter of Appointment is attached as Exhibit A.
2  In addition, he received health care and related benefits which had a value of
3  $314.02 per month.
4      I declare under penalties of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed at San Diego, California on March 21, 2008.

*Carol Campo*
Carol Campo

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2425 Olympic Boulevard, Suite 550 East Tower, Santa Monica, California 90404. On March 21, 2008, I served the following document(s) by the method indicated below:

DECLARATION CAROL CAMPO

☐ by transmitting **via facsimile** on this date from fax number (310) 255-0986 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On March 21, 2008, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

| | |
|---|---|
| Joshua D. Gruenberg, Esq. | Zachary T. Tyson, Esq. |
| LARABEE & GRUENBERG | TYSON & TYSON, LLP |
| 2169 First Avenue | 2550 Fifth Avenue, 9th Floor |
| San Diego, CA 92101 | San Diego, CA 92103 |
| Telephone: (619) 230-1234 | Telephone: (619) 237-9292 |
| Facsimile: (619) 230-1074 | Facsimile: (619) 615-2173 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 21, 2008, at Santa Monica, California.

*/s/ Robbin DeRuisé*
Robbin T. DeRuisé

DECLARATION OF CAROL CAMPO
CASE NO. 08CV434 BTM (POR)