JOSHUA D. GRUENBERG (#163281)
LARABEE & GRUENBERG
2169 First Avenue
San Diego, California 92101
Phone: (619) 230-1234; Fax: (619) 230-1074

ZACHARY T. TYSON (#211185)
TYSON & TYSON, LLP
2550 Fifth Avenue, 9th Floor
San Diego, California 92103
Phone: (619) 237-9292; Fax: (619) 615-2173

Attorneys for GREG CAMPBELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATION MANAGEMENT CORPORATION,<br><br>Defendant. | Case No. 08CV434 BTM (POR)<br><br>DECLARATION OF GREG CAMPBELL |

I, __Greg Campbell__, declare as follows:

1. I am the plaintiff in the above-referenced matter. I make this declaration based upon my own personal knowledge and if called upon as a witness, I could and would testify to the facts set forth below.

I seek compensatory claims for general and special damages, along with punitive damages, in excess of the jurisdictional minimum of this Court.

As a professor I earned a salary of approximately $50,000 dollars per year. During my tenure I also taught extra classes at The Art Institute of California – San Diego for additional compensation. Since my termination of employment, I have been unable to secure a comparable employment position.

As such, I believe the matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was entered into in San Diego County, State of California.

Dated: 3/17/08

By: /s/ Greg Campbell

Greg Campbell