| Federal District Court, Southern District of California | *for court use only* |
|---|---|
| Attorney(s) Name and Address<br>JOSHUA D. GRUENBERG, ESQ., SB#163281<br>LARABEE & GRUENBERG<br>2169 First Ave<br>San Diego, CA 92101 | |
| Name of Case (abbreviated)<br>CAMPBELL V. EDUCATION MANAGEMENT CORPORATION, ET AL. | |

| Attorney(s) For | Telephone | Hearing Date   Time   Dept | Case Number |
|---|---|---|---|
| Plaintiff | (619) 230-1234 | | 08-CV-0424 |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DECLARATION OF GREG CAMPBELL, was this date served upon all counsel of record by placing a copy of same in the United States Mail, postage pre-paid, and sent to their last known address as follows:

REED E. SCHAPER, ESQ.
CURIALE DELLAVERSON
HIRSCHFIELD & KRAEMER, LLP.
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Phone: 310.255.0705
Fax: 310.255.0986


San Diego, CA this 21 day of March 2008.


_____
Julie A. Cosner, Paralegal to-
JOSHUA D. GRUENBERG
Attorney for Plaintiff,
GREG CAMPBELL