# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>　　　　　　Plaintiff,<br>vs.<br>EDUCATION MANAGEMENT CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 08CV434 BTM (POR)<br><br>ORDER RE: OSC |

On March 10, 2008, the Court issued an Order to Show Cause ("OSC") why this case should not be remanded for lack of jurisdiction. Specifically, the Court noted that although Defendant asserts that the Court has diversity jurisdiction over this action, it is unclear whether the jurisdictional amount had been met. In response, the parties have established that because Plaintiff's salary and benefits exceeded $50,000 per year, Plaintiff's lost wages claim alone will likely satisfy the jurisdictional amount. The parties also point out that, in addition to the lost wages claim, Plaintiff brings claims for emotional distress and punitive damages. The Court is satisfied that diversity jurisdiction exists. This case shall not be remanded at this time.

**IT IS SO ORDERED.**

DATED: March 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge