UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATION MANAGEMENT CORPORATION; DOES 1 through 25, inclusive,<br><br>Defendant. | Civil No.   08-cv-0434-BTM (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE** |

On June 2, 2008, the Court held an Early Neutral Evaluation conference in this matter. Plaintiff Greg Campbell appeared, with Josh Gruenberg and Zack Tyson as counsel. Elizabeth Erickson appeared as representative for Defendant, with Reed Shaper as counsel. The parties engaged in settlement discussions at the conference. No settlement of the case was reached, however a settlement demand remained pending when the conference concluded. Therefore, the Court finds good cause to delay the issuance of dates pursuant to Federal Rule of Civil Procedure 26 so that the settlement demand may be further considered.

The Court shall hold a telephonic Settlement Conference, with attorneys only, on **June 3, 2008** at **1:20 p.m.** Counsel for Defendant shall arrange and initiate the conference call. If further settlement discussions would not be productive at that time, the Court shall issue dates for

///

///

///

- 1 -

1  compliance with the requirements of Federal Rule of Civil Procedure 26.

2        IT IS SO ORDERED.

4  DATED:  June 2, 2008

_____
LOUISA S PORTER
United States Magistrate Judge