UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDUCATION MANAGEMENT CORPORATION; DOES 1 through 25, inclusive,<br><br>　　　　　　　　　Defendant. | Civil No.   08-cv-0434-BTM (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 3, 2008, the Court held a telephonic Settlement Conference in this case. Zack Tyson appeared as counsel for Plaintiff; Reed Shaper appeared as counsel for Defendant. Counsel represent that the parties agree to a settlement of this case. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Barry Ted Moskowitz on or before **June 27, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before June 27, 2008, then a Settlement Disposition Conference shall be held on **July 1, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the conference call.

///

1      3.    If a Joint Motion for Dismissal is received on or before June 27, 2008, the Settlement
2            Disposition Conference shall be VACATED without further court order
3            IT IS SO ORDERED.

5   DATED:  June 5, 2008

7                                           _____
                                            LOUISA S PORTER
                                            United States Magistrate Judge