UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>                                    Plaintiff,<br><br>           v.<br><br>EDUCATION MANAGEMENT CORPORATION; DOES 1 through 25, inclusive,<br><br>                                    Defendant. | Civil No.   08-cv-0434-BTM (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 23, 2008, counsel for the parties contacted the Court to request that the telephonic Settlement Disposition Conference scheduled for July 1, 2008 be rescheduled.  Counsel represent that the parties' settlement agreement has been reduced to writing, however execution of the settlement will require additional time and will not be completed by the Court's previously-scheduled deadline for submission of a Joint Motion for Dismissal.  Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Barry Ted Moskowitz on or before **July 11, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before July 11, 2008, then a Settlement Disposition Conference shall be held on **July 14, 2008,** at **9:30 a.m.** before Judge Porter.  The conference shall be telephonic, with attorneys only.

1 | Defendant's counsel shall initiate and coordinate the conference call.
2 | 3. If a Joint Motion for Dismissal is received on or before July 11, 2008, the Settlement
3 | Disposition Conference shall be VACATED without further court order.
4 | IT IS SO ORDERED.

DATED: June 24, 2008

*/s/ Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge