1  REED E. SCHAPER (SBN 082792)
   rschaper@cdhklaw.com
2  CURIALE DELLAVERSON
     HIRSCHFELD & KRAEMER, LLP
3  2425 Olympic Boulevard
   Suite 550 East Tower
4  Santa Monica, CA 90404
   Telephone: (310) 255-0705
5  Facsimile: (310) 255-0986

6  Attorneys for Defendant
   EDUCATION MANAGEMENT
7  CORPORATION

8              UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT

10

11 GREG CAMPBELL,                    Case No. 08 CV 434 BTM (POR)

12           Plaintiff,              **STIPULATION RE: DISMISSAL;
                                     [PROPOSED] ORDER**
13 vs.

14 EDUCATION MANAGEMENT
   CORPORATION; and DOES 1
15 through 25, inclusive,

16           Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER
CASE NO. 08 CV 434 BTM POR                                              4818-6108-8514

1

2   IT IS HEREBY STIPULATED by and between the parties to this action

3   through their designated counsel of record, that the above-captioned action be, and

4   hereby is, dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil

5   Procedure Rule 41. Each party to bear his or its own attorneys' fees and costs of

6   suit.

7

8   Dated: July 7, 2008                    LARABEE & GRUENBERG

9

10                                         By: _____
11                                              Joshua D. Gruenberg
                                           Attorneys for Plaintiff
12                                         GREG CAMPBELL

13  Dated: July 7, 2008                    TYSON & TYSON, LLP

14

15                                         By: _____
                                                Zachary T. Tyson
16                                         Attorneys for Plaintiff
                                           GREG CAMPBELL
17

18  Dated: July 5, 2008                    CURIALE DELLAVERSON
19                                         HIRSCHFELD & KRAEMER, LLP

20
                                           By: _____
21                                              Reed E. Schaper
22                                         Attorneys for Defendant
                                           EDUCATION MANAGEMENT
23                                         CORPORATION

24

25  IT IS SO ORDERED.

26

27                                         Hon. Barry Ted Moskowitz
                                           United States District Court Judge
28

2

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER
CASE NO. 08 CV 434 BTM POR