| Federal District Court, Southern District of California | | | | | *for court use only* |
|---|---|---|---|---|---|
| Attorney(s) Name and Address<br>JOSHUA D. GRUENBERG, ESQ., SB#163281<br>LAW OFFICE OF JOSHUA D. GRUENBERG<br>2169 First Ave<br>San Diego, CA 92101 | | | | | |
| Name of Case (abbreviated)<br>CAMPBELL V. EDUCATION MANAGEMENT CORPORATION, ET AL. | | | | | |
| Attorney(s) For | Telephone | Hearing Date | Time | Dept | Case Number |
| Plaintiff | (619) 230-1234 | | | | 07-CV-0434 BTM (POR) |

PROOF OF SERVICE

      I, the undersigned, declare that I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California, within which County the subject mailing occurred; my business address is 2169 First Avenue, San Diego, CA 92101.

      On July 8, 2008, I served the following document(s):

      **1.**      **STIPULATION RE: DISMISSAL; [PROPOSED ORDER]**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

REED E. SCHAPER, ESQ.
CURIALE DELLAVERSON
HIRSCHFIELD & KRAEMER, LLP.
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
rschaper@cdhklaw.com

[ x] BY ELECTRONIC SERVICE VIA CM/ECF : In accordance with the electronic filing procedures of this Court, service has been effectuated on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

[ ] BY US MAIL: I Then sealed each envelope and, with postage thereon fully prepaid, and placed each for deposit with the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

[ ] FEDERAL: I declare that I am employed by the office of a member of the bar of this court at whose direction service was made.

Executed on July 8, 2008, at San Diego, California.

                                                        _____
                                                        JOSHUA D. GRUENBERG