# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CAMPBELL,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>EDUCATION MANAGEMENT CORPORATION,<br><br>　　　　　　　　　Defendant. | CASE NO. 08CV434 BTM (POR)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

　　The Court has reviewed the parties' joint motion to dismiss the above action in its entirety with prejudice. The Court GRANTS this joint motion and DISMISSES this case with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: July 22, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge